# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: ESTATE OF ANNE M. FUREY, DECEASED | : No. 708 MAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of |
| PETITION OF: CHERYL A. FUREY, | : Appeal from the Order of the |
| EXECUTRIX/EXCEPTANT/BENEFICIARY/PARTY | : Superior Court |
| IN INTEREST | : |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal and the Motion for Acceptance for the Filing of the Reproduced Record are **DENIED**.